UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-cv-11746 |

# EXHIBIT 1 TO THE COMPLAINT

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,839,043

United States Patent and Trademark Office  Registered June 7, 1994

## TRADEMARK
## PRINCIPAL REGISTER

## THIGHMASTER

OVATION COMMUNICATIONS, INC. (CALIFORNIA CORPORATION)
10850 WILSHIRE BLVD.
SUITE 250
LOS ANGELES, CA 90024

FOR: EXERCISING APPARATUS, AND SPRING EXERCISING APPARATUS COMPRISING A RESILIENT MEMBER AND ENGAGEMENT STRUCTURE SUITABLE TO BE GRASPED AND/OR ENGAGED BY THE HANDS, FINGERS, KNEES, THIGHS AND/OR OTHER BODY PARTS OF A USER FOR THE PURPOSE OF APPLYING MUSCLE FORCE AGAINST THE RESILIENT FORCE OF SAID RESILIENT MEMBER, IN CLASS 28 (U.S. CL. 22).

FIRST USE 3-29-1991; IN COMMERCE 3-29-1991.

SN 74-137,331, FILED 2-5-1991.

CHERYL BUTLER, EXAMINING ATTORNEY